IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. DKC 14-549 |
| REUBEN BENJAMIN COLEMAN | : |

## MEMORANDUM and ORDER

Defendant Reuben Benjamin Coleman ("Mr. Coleman") filed a motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the U.S. Sentencing Guidelines ("Amendment 821"). (ECF No. 48). For the reasons that follow, the motion will be denied.

Mr. Coleman pleaded guilty to possession of a firearm in a school zone (Count One) and possession of cocaine base with the intent to distribute (Count Two) and was sentenced on November 23, 2015, to 130 months in prison. (ECF No. 33). He did not appeal.

The Clerk received Mr. Coleman's motion for a sentence reduction under Amendment 821 on January 5, 2024. (ECF No. 48). On January 8, 2024, the Clerk sent Mr. Coleman a letter advising him that the Federal Public Defender was appointed to make a preliminary review of his motion and, if it was determined that he qualified, that office would file a motion with the court on his behalf. (ECF No. 49). Mr. Coleman was released from custody to begin his three-year term of supervised release on April 16, 2024.

Assistant Federal Defender Sapna Mirchandani filed a notice on June 5, 2024, advising that the Office of the Federal Public Defender would not be filing a supplement to Mr. Coleman's motion. (ECF No. 50).

Mr. Coleman's motion will be denied as moot because he completed his period of imprisonment on April 16, 2024, and does not qualify for a sentence reduction below the time already served.

Accordingly, it is this 25th day of August, 2025, by the United States District Court for the District of Maryland hereby ORDERED that:

1. The motion for a reduction in sentence under Amendment 821 filed by Reuben Benjamin Coleman (ECF No. 48) BE, and the same hereby IS, DENIED; and

2. The Clerk will mail a copy of this Order to Mr. Coleman and transmit a copy to counsel of record.

                                                  /s/
                                      DEBORAH K. CHASANOW
                                      United States District Judge